**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 00-1069

JOHN R. SMITH,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-98-3380-PJM, CA-98-3488-PJM))

Submitted: June 15, 2000          Decided: June 20, 2000

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Stephen F. Shea, WILLONER, CALABRESE & ROSEN, P.A., College Park, Maryland, for Appellant. Lynne A. Battaglia, United States Attorney, Allen F. Loucks, Assistant United States Attorney, Arthur J. Fried, General Counsel, Charlotte J. Hardnett, Principal Deputy General Counsel, James A. Winn, Associate General Counsel, M. Ashley Harder, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Smith appeals the magistrate judge's order granting summary judgment to the Commissioner of Social Security.[*] Smith brought an action in the district court pursuant to 42 U.S.C.A. § 405(g) (West Supp. 2000) seeking review of a final decision of the Commissioner of Social Security denying Smith's claim for Disability Insurance Benefits and Supplemental Security Income. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>See</u> JA 65-80. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to proceed before a magistrate judge.

2